[No. 11507-3-I. Division One. May 29, 1984.]

BRUSCO CORPORATION, ET AL, *Appellants,* v. WILLIS CAMPBELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-11013-4, Jack P. Scholfield, J., entered

March 8, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, J., and Johnsen, J. Pro Tem.